**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY FRANK SPEROW,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. CV 13-4244 DMG (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's subsequent Motion to Withdraw his Petition, and the remaining record.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment shall be entered dismissing this action without prejudice;
3. All pending motions are denied as moot; and
4. The Clerk shall serve copies of this Order and the Judgment on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*

1  *Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate of
2  appealability.

4  DATED:  December 31, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE